IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTT DOLEMBA, | ) | |
| on behalf of plaintiff and the class defined | ) | |
| below, | ) | |
| | ) | Case No.: 15-cv-493 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Elaine E. Bucklo |
| | ) | Magistrate Judge Geraldine Soat Brown |
| SECURITY ONE SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Scott Dolemba hereby dismisses his claims against defendant Security One Systems, Inc., without prejudice and without costs.

Respectfully submitted,

s/Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

I, Francis R. Greene, hereby certify that on March 4, 2015, the foregoing document was filed electronically, and notification of such filing was served via U.S. Mail upon the following:

Security One Systems, Inc.
c/o Registered Agent
Robert C. Kniffin
110 Penrod Avenue
Patasakala, Ohio 43062

Additionally, I caused a true and accurate copy to be served by electronic mail upon the following:

Jennifer Riley
jriley@seyfarth.com


                                                s/Francis R. Greene
                                                Francis R. Greene